# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02014-RMR-STV

UNITED SPINAL ASSOCIATION, et al.,

    Plaintiffs,

v.

STATE OF COLORADO, et al.,

    Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 3.2, Defendants hereby file this notice of related cases:

The following related case is pending in the Ninth Circuit: *United Spinal Ass'n v. California*, No. 24-2751 (9th Cir.). Below, the district court rejected a challenge to California's End of Life Option Act. *United Spinal Ass'n v. California*, No. 2:23-cv-03107-FLA-GJS, 2024 WL 1671167 (C.D. Cal. Mar. 27, 2024).

Defendants further notify this Court that another challenge to Colorado's End of Life Options Act is pending in this District, *McComas v. Polis* (No. 1:25-cv-01618-NRN).

Defendants expressly reserve all defenses.

DATED: August 18, 2025.

                          PHILIP J. WEISER
                          Attorney General

                          *s/ Lily E. Nierenberg*
                          Lily E. Nierenberg*
                          Senior Assistant Attorney General
                          Public Officials Unit | State Services Section
                          Colorado Department of Law

Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
Phone: (720) 508-6851
lily.nierenberg@coag.gov
*Counsel of Record

*Attorney for State of Colorado and Jared Polis, in his official capacity as Governor*

Zach W. Fitzgerald*
Assistant Attorney General
Brian A. Keener*
Assistant Attorney General
Revenue and Regulatory Law Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Denver, CO 80203
Phone: (720) 508-6429
zach.fitzgerald@coag.gov
brian.keener@coag.gov
*Counsel of Record

*Attorneys for Defendant Colorado Medical Board*

Jason Peter Marquez*
Assistant Attorney General
Joshua Woolf*
Assistant Attorney General
Health Care Unit | State Services
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6763 / 6151
jason.marquez@coag.gov
joshua.woolf@coag.gov
*Counsel of Record

*Attorneys for Defendants Colorado Department of Public Health and Environment and Jill Ryan*